Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel:  (970) 245-9075
Fax:  (970) 245-8086
E-mail:  chris@harmonseidman.com

Alex Rice Kerr (SBN 264821)
Harmon & Seidman LLC
PO Box 3097
Jackson, WY 83001
Tel:  970-270-4718
E-mail:  alex@harmonseidman.com

*Attorneys for Plaintiff Carr Clifton*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARR CLIFTON, <br><br> Plaintiff, <br><br> v. <br><br> HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY <br><br> Defendant. | Case No. 15-cv-3985 <br><br> COMPLAINT <br><br> DEMAND FOR JURY TRIAL |

Plaintiff Carr Clifton ("Clifton") for his Complaint against Defendant Houghton Mifflin Harcourt Publishing Company ("HMH") alleges:

**STATEMENT OF ACTION**

1.  This is an action for copyright infringement brought by Plaintiff Carr Clifton, the owner of copyrights to the photographs described hereafter and originally licensed for limited use by HMH, against HMH for uses of Plaintiff's photographs without his permission.

COMPLAINT                                                      CASE NO. 15-CV-3985

**PARTIES**

2. Carr Clifton is a professional photographer who makes his living licensing his photographic images to publishers, including HMH. He is a resident of Taylorsville, California.

3. HMH is a sophisticated global publisher with its principal place of business in Boston, Massachusetts. HMH sells and distributes its publications in the Northern District of California and throughout the United States, and overseas, including the publications and ancillary materials in which Plaintiff's photographs are unlawfully reproduced. At all times pertinent to the allegations herein, HMH acted through or in concert with its various imprints, divisions, subsidiaries, affiliates, and/or third parties.

**JURISDICTION**

4. This is an action for injunctive relief, statutory damages, monetary damages, and interest under the copyright laws of the United States. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 (federal question) and 1338 (copyright).

**VENUE**

5. Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1391(a) and (b) and 28 U.S.C. §§ 1400(a).

**FACTS COMMON TO ALL COUNTS**

6. Clifton is the owner of copyrights in the attached photographic images ("Photographs") depicted in Exhibit 1, whose registration status with the United States Copyright Office is set forth in that exhibit.

7. Between 1996 and 2008, in response to permission requests from HMH, Clifton sold HMH limited licenses to use copies of the Photographs in particular educational publications identified in HMH's requests and Clifton's licenses. The licenses Clifton granted HMH were expressly limited by number of copies, distribution area, language, duration, and/or media, as summarized in Exhibit 1.

8. Upon information and belief, shortly after obtaining the licenses from Clifton, HMH exceeded the licenses and infringed Clifton's copyrights in various ways, including:

    a. printing more copies of the Photographs than Clifton authorized;

    b. distributing publications containing the Photographs outside the authorized distribution area;

    c. publishing the Photographs in electronic, ancillary, or derivative publications without permission;

    d. publishing the Photographs in international editions and foreign publications without permission;

    e. publishing the Photographs beyond specified time limits.

9. Upon information and belief, after obtaining access to the Photographs, HMH used the Photographs without any license or permission in additional publications that have not yet been identified. Because HMH alone knows of these wholly unauthorized uses, Clifton cannot further identify them without discovery.

10. Exhibit 1 attached hereto is incorporated into this Complaint by this reference.

## COUNT I

## COPYRIGHT INFRINGEMENT AGAINST HMH

11. Plaintiff incorporates herein by this reference each and every allegation contained in the paragraphs set forth above.

12. The foregoing acts of HMH constitute infringements of Plaintiff's copyrights in the Photographs in violation of 17 U.S.C. §§ 501 *et seq*.

13. Plaintiff suffered damages as a result of HMH's unauthorized use of the Photographs.

WHEREFORE, Plaintiff requests the following:

1. A preliminary and permanent injunction against Defendant and anyone working in concert with Defendant from copying, displaying, distributing, selling or offering to sell Plaintiff's Photographs described in this Complaint and Plaintiff's photographs not included in suit.

2. As permitted under 17 U.S.C. § 503, impoundment of all copies of Plaintiff's Photographs used in violation of Plaintiff's exclusive copyrights as well as all related records and

documents and, at final judgment, destruction or other reasonable disposition of the unlawfully used Photographs, including digital files and any other means by which they could be used again by Defendant without Plaintiff's authorization.

3. An award of Plaintiff's actual damages and all profits derived from the unauthorized use of Plaintiff's Photographs or, where applicable and at Plaintiff's election, statutory damages.

4. An award of Plaintiff's reasonable attorneys' fees.

5. An award of Plaintiff's court costs, expert witness fees, interest and all other amounts authorized under law.

6. Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury of all issues permitted by law.

DATED: September 1, 2015

Plaintiff Carr Clifton, by his attorneys,

/s/ *Christopher Seidman*

Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel: (970) 245-9075
Fax: (970) 245-8086
E-mail: chris@harmonseidman.com

Alex Rice Kerr (SBN 264821)
Harmon & Seidman LLC
PO Box 3097
Jackson, WY 83001
Tel: 970-270-4718
E-mail: alex@harmonseidman.com

Maurice Harmon (SBN 304872 (PA))
Harmon & Seidman LLC
11 Chestnut Street
New Hope, PA 18938
215-693-1953
www.harmonseidman.com