1  JAMES P. SCHAEFER (SB No. 250417)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  525 University Avenue, Suite 1100
   Palo Alto, California  94301
3  Telephone:    (650) 470-4500
   Facsimile:    (650) 470-4570
4  James.Schaefer@skadden.com

5  STEVEN F. NAPOLITANO (*pro hac* forthcoming)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Times Square
   New York, NY 10036-6522
7  Telephone:    (212) 735-3000
   Facsimile:    (212) 735-2000
8  steve.napolitano@skadden.com

9  Attorneys for Defendant,
   HOUGHTON MIFFLIN HARCOURT
10 PUBLISHING COMPANY

11

12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17  CARR CLIFTON,                          CASE NO. 3:15-CV-03985-LB

18                  Plaintiff,             **JOINT STIPULATION TO EXTEND
                                           TIME TO RESPOND TO THE
19          v.                             COMPLAINT TO NOVEMBER 12, 2015**

20  HOUGHTON MIFFLIN HARCOURT
    PUBLISHING COMPANY,
21
                   Defendant.
22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSE TO THE         CASE NO.: 3:15-CV-03985-LB
COMPLAINT

Plaintiff Carr Clifton and Defendant Houghton Mifflin Harcourt Publishing Company ("HMH") hereby jointly stipulate to extend HMH's time to respond to the Complaint to November 12, 2015. This is the first extension sought in this case. No party will be prejudiced by this extension. This extension does not require any other dates on the case schedule to change.

Accordingly, the parties jointly request that the Court enter the requested extension.

DATED: September 29, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ James P. Schaefer
James P. Schaefer
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
James.Schaefer@skadden.com

Counsel for Defendant

-and-

/s/ Christopher Seidman
Christopher Seidman
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, CO 81501
Telephone: (970) 245-9075
Facsimile: (970) 245-8086
chris@harmonseidman.com

Counsel for Plaintiff

Dated: 10/2/2015

GRANTED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### ECF ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.

/s/ James Schaefer

---

JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSE TO THE COMPLAINT

CASE NO.: 3:15-CV-03985-LB

1